UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6993

LAWRENCE TURNER,

Plaintiff - Appellant,

versus

C. E. THOMPSON, Warden, Staunton Correctional
Center; FAYE W. MCCAULEY, Operations Office,
Staunton Correctional Center; J. R. FLOYD,
Property Control Officer, Staunton Correction-
al Center,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-96-563-R)

Submitted:  January 21, 1999          Decided:  February 5, 1999

Before LUTTIG, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Turner, Appellant Pro Se.  Martha Murphey Parrish, Assis-
tant Attorney General, Lance Bradford Leggitt, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lawrence Turner appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. We deny Turner's motion to consolidate this appeal with appeal number 98-6904, and affirm on the reasoning of the district court. See Turner v. Thompson, No. CA-96-563-R (W.D. Va. June 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED